IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH A. MATTHEWS** and **MEGHAN McGAHAN**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**,<br><br>*Defendant*. | Case No. 2:21-cv-01089-MSG |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) Plaintiffs Elizabeth A. Matthews and Meghan McGahan hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: June 29, 2021

Respectfully submitted,

By: */s/John Soumilas*
James A. Francis
John Soumilas
Lauren KW Brennan
Jordan M. Sartell (admitted *pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 980-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com
jsartell@consumerlawfirm.com

*Attorneys for Plaintiffs*

APPROVED BY THE COURT   6/30/21

This case is CLOSED.

/s/  Mitchell S. Goldberg
            J.